Lawrence Reginald MILLER, Appellant,

v.

The STATE of Texas, Appellee.

No. 28763.

Court of Criminal Appeals of Texas.

Jan. 16, 1957.

No attorney for appellant of record on appeal.

Henry M. Wade, Dist. Atty., George P. Blackburn, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

## PER CURIAM.

The conviction, on a plea of guilty before the court, is for the unlawful possession of marijuana; the punishment, 2 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.